**Robinson+Cole**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/22/2022__

Fax (203) 462-7599
gbennici@rc.com
Direct (203) 462-7572

Also admitted in New York

By ECF

November 21, 2022

Hon. Analisa Torres, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE:** *Plastic and Reconstructive Breast Surgery PLLLC, individually and as assignee of Patient J.B., and Shareef Jandali Plastic Surgery LLC, individually and as assignee of Patient J.B. v. Cigna Health and Life Insurance Company and Geissler's Supermarket, Inc.*, **Case No. 1:21-cv-09187-AT**
**JOINT STATUS REPORT AND JOINT LETTER REQUEST FOR ADJOURNMENT OF NOVEMBER 30, 2022 CASE MANAGEMENT CONFERENCE**

Your Honor:

      Pursuant to Paragraph 16 of the Civil Case Management Plan and Scheduling Order, and Rule I.B of Your Honor's Individual Practices in Civil Cases, Plaintiffs Plastic and Reconstructive Breast Surgery PLLLC, individually and as assignee of Patient J.B., ("PRBS") and Shareef Jandali Plastic Surgery LLC, individually and as assignee of Patient J.B., ("SJPS" and, collectively with PRBS, "Plaintiffs"), Defendant Cigna Health and Life Insurance Company ("Cigna"), and Defendant Geissler's Supermarket, Inc. ("Geissler's") respectfully: (1) submit this joint status report; and (2) request that the Case Management Conference scheduled for November 30, 2022 (Doc. 30) be adjourned by thirty (30) days to facilitate ongoing settlement efforts presently overseen by Magistrate Judge Ona T. Wang.

      On November 1, 2022, the parties appeared for an initial pre-settlement conference before Magistrate Judge Wang. The conference lasted well over an hour with a lengthy discussion of the issues, which involve detailed coding and pricing concerns, with the parties. At the conclusion of the conference, Magistrate Judge Wang instructed the parties to continue their private, protected, settlement discussions. In accordance with Magistrate Judge Wang's instructions and the matters discussed on November 1, the parties have since independently engaged in extensive supplemental diligence to adequately discuss additional details of their concerns with one another. A follow-up

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

# Robinson+Cole

Hon. Analisa Torres
November 21, 2022
Page 2

pre-settlement conference with Magistrate Judge Wang is scheduled to take place on December 7, 2022 (Doc. 32).

In light of the ongoing mediation that is presently being overseen by Magistrate Judge Wang, the parties respectfully request that the Case Management Conference scheduled for November 30, 2022 (Doc. 30) be adjourned by thirty (30) days, to January 2023.

GRANTED.  The case management conference scheduled for November 30, 2022, is ADJOURNED to **January 3, 2023**, at **11:40 a.m.**

SO ORDERED.

Dated: November 22, 2022
    New York, New York

_____
ANALISA TORRES
United States District Judge