```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/20/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PLASTIC AND RECONSTRUCTIVE BREAST SURGERY PLLLC, individually and as assignee of Patient J.B., and SHAREEF JANDALI PLASTIC SURGERY LLC, individually and as assignee of Patient J.B.,

                      Plaintiffs,

-against-

CIGNA HEALTH AND LIFE INSURANCE COMPANY and GEISSLER'S SUPERMARKET, INC.,

                      Defendants.

21 Civ. 9187 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for January 3, 2023, is ADJOURNED *sine die*. By **December 30, 2022**, the parties shall provide the Court with a status update.

    SO ORDERED.

Dated: December 20, 2022
         New York, New York

                                                      ANALISA TORRES
                                             United States District Judge