UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PLASTIC AND RECONSTRUCTIVE BREAST
SURGERY PLLLC, individually and as assignee of
Patient J.B., and SHAREEF JANDALI PLASTIC
SURGERY LLC, individually and as assignee of
Patient J.B.,

                              Plaintiffs,

              -against-

GNA HEALTH AND LIFE INSURANCE
COMPANY and GEISSLER'S SUPERMARKET,
INC.,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/18/2023___

21 Civ. 9187 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On January 9, 2023, the Court directed Plaintiffs and Defendant, Geissler's Supermarket, Inc., to file a letter by January 17, 2023, advising the Court whether they consent to a Rule 52 bench trial on a stipulated paper record. ECF No. 38. That submission is now overdue. Accordingly, by **January 25, 2023**, Plaintiffs and Geissler shall file their letter.

SO ORDERED.

Dated: January 18, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge