UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PLASTIC AND RECONSTRUCTIVE BREAST　　　:
SURGERY PLLLC, et al.,　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　　　21-CV-9187 (AT) (OTW)
　　　　　　　　　　Plaintiffs,　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　　　**ORDER**
　　　　　　　　-against-　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
CIGNA HEALTH AND LIFE INSURANCE　　　　　:
COMPANY, et al.,　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendants.　　　　　　　　　　　　:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference in this matter on February 16, 2023.

Pursuant to instructions given on the record at the conference, Plaintiffs shall file their Motion to reopen and expand discovery by March 3, 2023. Defendants shall file their Opposition by March 31, 2023. The parties' papers shall take the form of letter briefs not to exceed 7 pages.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_s/ Ona T. Wang_
Dated: February 16, 2023　　　　　　　　　　　　　　　　　　**Ona T. Wang**
　　　　New York, New York　　　　　　　　　　　　　　　　　United States Magistrate Judge