UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PLASTIC AND RECONSTRUCTIVE BREAST
SURGERY PLLLC, et al.,

                Plaintiffs,

-against-

CIGNA HEALTH AND LIFE INSURANCE
COMPANY, et al.,

                Defendants.

21-CV-9187 (JGLC)

**NOTICE OF REASSIGNMENT**

---

JESSICA G. L. CLARKE, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, except that any currently scheduled conference or oral argument before the Court is adjourned pending further order of the Court. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at** https://nysd.uscourts.gov/hon-jessica-g-l-clarke.

Dated: July 24, 2023
       New York, New York

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge