```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PLASTIC AND RECONSTRUCTIVE BREAST      :
SURGERY PLLLC, et al.,                 :
                                       :      21-CV-9187 (AT) (OTW)
               Plaintiffs,             :
                                       :      ORDER
       -against-                       :
                                       :
CIGNA HEALTH AND LIFE INSURANCE        :
COMPANY, et al.,                       :
                                       :
               Defendants.             :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a telephonic status conference in this matter on September 20, 2023. As discussed at the conference, the case is ready for a bench trial. The parties are directed to meet and confer regarding whether they would consent to magistrate judge jurisdiction for all purposes and, if so, file the consent form **by Friday, September 29, 2023.** The parties shall file a proposed briefing schedule for their stipulated record and trial briefs **by Friday, September 29, 2023**, to be directed to the proposed trial judge in this case.

SO ORDERED.

Dated: September 20, 2023
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge